# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| CLARE OAKS, ) | Case No. 11-48903 |
| ) | |
| ) | Hon. Pamela S. Hollis |
| Debtor ) | |
| ) | Hearing Date: February 14, 2013 |
| ) | Hearing Time: 10:00 a.m. |

## NOTICE OF FILING OF JONES DAY'S FIRST INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   See attached Service List

**PLEASE TAKE NOTICE** that on Thursday, February 14, 2013, at 10:00 a.m., we shall appear before the Honorable Pamela Hollis, United States Bankruptcy Judge, 219 South Dearborn Street, Courtroom 644, Chicago, Illinois, and shall then and there present **JONES DAY'S FIRST INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**, a copy of which is attached hereto and herewith served upon you and at which time and place you may appear if you so see fit

Respectfully Submitted,

JONES DAY

By: */s/Timothy Hoffmann*

Dated:  January 24, 2013

Timothy Hoffmann (IL Bar No. 6289756)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

CHI-1877774v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 11-48903 |
| | ) | |
| CLARE OAKS, | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | Hearing Date:  February 14, 2013 |
| | ) | Hearing Time:  10:00 a.m. |

**COVER SHEET FOR FINAL APPLICATION
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF JONES DAY, DEBTORS' SPECIAL BOND COUNSEL**

Name of Applicant:   Jones Day

Authorized to Provide
Professional Services to:   The above-captioned debtors and debtors in possession

Date of Retention:   August 7, 2012 (*nunc pro tunc* to June 14, 2012)

Period for Which Compensation
and Reimbursement Is Sought:   June 14, 2012 through December 31, 2012

Amount of Compensation Requested:   $263,927.50

Amount of Expense Reimbursement Requested:   $1,983.22

This is a(n): ____ monthly  ____ interim  __X__ final application

- 1 -

**PROFESSIONAL SERVICES RENDERED**
**BY JONES DAY ON BEHALF OF THE DEBTORS**
**JUNE 14, 2012 THROUGH DECEMBER 31, 2012**

| NAME OF PROFESSIONAL | YEAR ADMITTED | DEPT. | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **PARTNERS & COUNSEL:** | | | | | |
| Bibby Jr., J F | 1989 | HC | $650.00 | 153.20 | $99,580.00 |
| Capizzi, R L | 1984 | T | $650.00 | 115.25 | $74,912.50 |
| Mitchell, M J | 1980 | HC | $700.00 | 1.30 | $910.00 |
| Roberts, V P | 1982 | T | $825.00 | 3.10 | $2,557.50 |
| **Total Partners & Counsel** | | | | **272.85** | **$177,960.00** |

| NAME OF PROFESSIONAL | YEAR ADMITTED | DEPT. | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **ASSOCIATES:** | | | | | |
| Bianco, A F | 2011 | HC | $350.00 | 2.70 | $945.00 |
| Foster, D B | 2006 | HC | $475.00 | 70.90 | $33,677.50 |
| Hoffmann, T | 2003 | B | $625.00 | 17.00 | $10,625.00 |
| Phillips, L M | 2006 | HC | $425.00 | 65.40 | $27,795.00 |
| Rudd, M C | 2005 | HC | $500.00 | 4.10 | $2,050.00 |
| **Total Associates** | | | | **160.10** | **$75,092.50** |

| NAME OF PROFESSIONAL | YEAR ADMITTED | DEPT. | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **STAFF ATTORNEYS, PARAPROFESSIONALS AND LEGAL SUPPORT:** | | | | | |
| Denton, A K | N/A | B | $250.00 | 9.30 | $2,325.00 |
| Fischer, L C | 1996 | B | $375.00 | 22.80 | $8,550.00 |
| **Total** | | | | **32.10** | **$10,875.00** |

B = Business Restructuring and Reorganization; HC = Health Care; T = Tax

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners & Counsel | $652.23 | **272.85** | **$177,960.00** |
| Associates | $469.03 | **160.10** | **$75,092.50** |
| Staff Attorneys, Paraprofessionals and Legal Support | $338.79 | **32.10** | **$10,875.00** |
| **Grand Total** | | **465.05** | **$263,927.50** |

**SUMMARY OF SERVICES BY CASE MATTER FOR
SERVICES RENDERED BY JONES DAY ON BEHALF
OF THE DEBTORS JUNE 14, 2012 THROUGH DECEMBER 31, 2012**

| MATTER NAME | HOURS | AMOUNT |
|---|---:|---:|
| Bond Counsel Advice | 462.75 | $262,490.00 |
| Fee Applications Matters | 2.30 | $1,437.50 |
| **Total** | **465.05** | **$263,927.50** |

**ACTUAL AND NECESSARY DISBURSEMENTS
INCURRED BY JONES DAY ON BEHALF OF THE
DEBTORS JUNE 14, 2012 THROUGH DECEMBER 31, 2012**

| DISBURSEMENT | AMOUNT |
|---|---:|
| Courier Services | $5.62 |
| Publication Expenses | $1,977.60 |
| **Total** | **$1,983.22** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 48903 |
| | ) | |
| CLARE OAKS, | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | Hearing Date:  February 14, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

**JONES DAY'S FIRST INTERIM AND FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Jones Day, special bond counsel to the above-captioned debtor (the "Debtor"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Rule 5082-1 of the Local Bankruptcy Rules, hereby makes its first and final application for final approval and allowance of compensation of $263,927.50 and reimbursement of expenses in the amount of $1,983.22 for the period from June 14, 2012 through December 31, 2012 (the "Compensation Period").  In support of this Application, Jones Day respectfully represents as follows:

**BACKGROUND**

1. On December 5, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Northern District of Illinois, Eastern Division.  The Debtor is an Illinois not-for-profit corporation that the Internal Revenue Service has determined is exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code.  The Debtor's members are

CHI-1877739v1

certain members of the Sisters of St. Joseph of the Third Order of St. Francis, a Roman Catholic religious institute.

2. This Court entered an order (Docket No. 437) on November 15, 2012 confirming the Debtor's chapter 11 plan of reorganization (the "Plan") and an order allowing certain modifications to the Debtor's chapter 11 plan (Docket No. 453) on December 19, 2012. The Plan became effective on December 31, 2012.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the matters raised in this Application pursuant to Sections 157 and 1334 of Title 28 of the United States Code. This Application is a core proceeding under Section 157(b)(2)(A) of Title 28 the United States Code.

4. Venue is proper in this district pursuant to Sections 1408 and 1409 of Title 28 of the United States Code.

## JONES DAY'S RETENTION AND ENGAGEMENT

5. This Court entered an order on August 7, 2012 approving the Debtor's retention of Jones Day effective as of June 14, 2012 (the "Retention Order"). The Debtor retained Jones Day to advise on certain matters with respect to bonds issued by the Illinois Finance Authority (the "Authority") in 2006 (the "Series 2006 Bonds") and the issuance of bonds or other similar financing instruments (the "Series 2012 Bonds") in connection with the Plan. Throughout the course of these cases, Jones Day provided advice on the above matters to the Debtor, culminating in the eventual issuance of the Series 2012 Bonds as contemplated under the Plan.

6. Jones Day attorneys and paraprofessionals expended a total of 465.05 hours during the Compensation Period for which compensation is requested.

7.  During the Compensation Period, Jones Day submitted invoices for the months of September and October pursuant to the Order Establishing Interim Fee and Expense Reimbursement Procedures (Docket No. 170) (the "Interim Fee Order").  Jones Day received one payment in the amount of $65,405.22 on account of these invoices.  Jones Day applied this payment to satisfy 80 percent of the fees and 100 percent of expenses set forth on the September and October invoices.  Jones Day received no other payments during the Compensation Period.

8.  Jones Day has received no promise of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Jones Day and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

9.  The fees charged by Jones Day in these cases are billed in accordance with the firm's existing billing rates and procedures in effect during the Compensation Period.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive national legal market.

10.  Pursuant to Local Rule 5082-1, attached hereto are:  (a) a schedule setting forth all Jones Day professionals and paraprofessionals who have performed services in these chapter 11 cases during the Compensation Period, the capacities in which each individual is employed by Jones Day, the department in which each individual practices, the hourly billing rate charged by Jones Day for the services performed by such individual, the aggregate number of hours expended in these cases and fees billed therefore and the year in which each professional was first licensed to practice law; (b) a summary of services by case matter for services rendered by Jones Day during the Compensation Period; and (c) a schedule setting forth

- 3 -

the actual and necessary disbursements that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtor, and for which it seeks reimbursement.

11. This Application complies with sections 330 and 331 of title 11 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Executive Office of the United States Trustee for Reviewing Applications for Compensation and Reimbursement of Expenses (the "<u>Guidelines</u>"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Illinois (the "<u>Local Rules</u>").

## SUMMARY OF SERVICES

12. Jones Day's itemized time records for professionals and paraprofessionals performing services for the Debtor during the Compensation Period are set forth in <u>Exhibit A</u>.[1] During the Compensation Period, Jones Day provided advice to the Debtor regarding various bond-related matters, including the issuance of a new series of bonds in accordance with the Plan. In connection with providing this advice, Jones Day professionals drafted, reviewed and commented on the documents necessary to effectuate the bond issuance. Finally, Jones Day professionals spent a limited amount of time in the preparation and filing of Jones Day's retention application, monthly fee statements and retention application.

13. Jones Day requests allowance of its fees for legal services it rendered during the Compensation Period in the amount of $263,927.50 and reimbursement for expenses Jones Day incurred in the amount of $1,983.22. While requesting allowance of these amounts, Jones Day understands the Debtor has significant budgetary constraints and is willing to accept amounts the Debtor has included in its budget for Jones Day's remaining unpaid fees and

- 4 -

expenses. As such, Jones Day believes the Debtor will make a payment of $165,000 to Jones Day upon approval of this Application. Jones Day intends to write-off the remaining amounts of its remaining unpaid fees and expenses. Jones Day estimates this voluntary reduction will equal approximately $40,000 (inclusive of fees incurred to prepare this Application).[2]

**NOTICE**

14. In accordance with this Court's Order Granting the Debtor's Motion to Limit Notice of All Professionals' Final Fee Applications (Docket No. 468), the Debtor has provided notice of this Application to the following parties: (a) Ungaretti & Harris, counsel to the Debtor; (b) the Office of the U.S. Trustee; (c) Neal Wolf & Associates, counsel to the Unsecured Creditors' Committee; (d) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel to Wells Fargo Bank, National Association, in its capacity as Master Trustee under the Master Indenture; (e) Duane Morris, counsel to secured lender Sovereign Bank; (f) MB Financial Bank; (g) the Debtor's secured creditors; (h) those persons who have formally appeared and requested service in this case pursuant to Bankruptcy Rule 2002; and (i) all other entities whose interests are directly affected by the matters raised in a particular motion or other document.

---

[1] The summary set forth below is qualified in its entirety by reference to the time and services detail attached hereto as Exhibit A.

[2] Consistent with its own internal policies and to comply with the "reasonableness" requirements of Section 330 of the Bankruptcy Code, Jones Day has reviewed its monthly service descriptions and expense detail and has determined that certain fees should not be charged to the Debtor. As such, this Application reflects a reduction of approximately $3,500 in fees and expenses sought by Jones Day.

- 5 -

WHEREFORE, the Debtor respectfully requests that the Court enter its proposed order (a) granting the relief requested in this Application and (b) grant such other relief as the Court deems appropriate under the circumstances.

Dated: January 24, 2013

JONES DAY

by: /s/ Timothy W. Hoffmann
Timothy W. Hoffmann
John F. Bibby
JONES DAY
77 W. Wacker
Chicago, IL 60622
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

- 6 -

CHI-1877739v1

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on January 24, 2013, I electronically filed JONES DAY'S FIRST INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES with the Clerk of Court using the CM/ECF system

I hereby certify that on January 24, 2013, I caused to be sent by first class U.S. mail, JONES DAY'S FIRST INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES to the individuals listed hereinbelow:

MB Financial Bank, NA
6111 N. River Rd., 8th Floor
Rosemont, IL 60018
Attn: Trust Operations Dept.
Ursula Fernandez, Customer Svc Mgr
Henry Wessel, VP, Managed Assets

/s/ Timothy Hoffmann

## SERVICE LIST

**Jordan Bailey**
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
214.651.5000
*Assigned: 10/22/2012*
*LEAD ATTORNEY*

representing **Sysco Chicago Inc.**
*(Creditor)*

**Elizabeth A. Bates**
Springer, Brown, Covey, Gaertner & Davis
400 South County Farm Road
Ste. 330
Wheaton, IL 60187
630-510-0000
630-510-0004 (fax)
ebates@springerbrown.com
*Assigned: 06/22/2012*

representing **Elizabeth A Bates**
Springer, Brown, Covey, Gaertner and Dav
*(Attorney)*

| | | |
|---|---|---|
| **Timothy W Brink**<br>DLA Piper US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>312- 368-6802<br>312 251-2170 (fax)<br>timothy.brink@dlapiper.com<br>*Assigned: 12/06/2011* | representing | **The Sisters of St. Joseph of the Third Order of St. Francis, Inc.**<br>*(Creditor)* |
| **Rosanne Ciambrone**<br>Duane Morris LLP<br>190 South LaSalle Street Suite 3700<br>Chicago, IL 60603<br>312 499-6700<br>312 499-6701 (fax)<br>rciambrone@duanemorris.com<br>*Assigned: 09/11/2012* | representing | **Sovereign Bank**<br>*(Creditor)* |
| **Roberto A Dall'Asta**<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>(312) - 9847517<br>rdallasta@mwe.com<br>*Assigned: 04/18/2012* | representing | **B.C. Ziegler and Company**<br>*(Other Prof.)* |
| **Bruce Dopke**<br>P O Box 681246<br>Schaumburg, IL 60168<br>847 524-4811<br>847 524-4131 (fax)<br>bruce@dopkelaw.com<br>*Assigned: 04/20/2012* | representing | **Friendship Senior Options, NFP**<br>*(Interested Party)* |
| **Robert M Fishman**<br>Shaw Fishman Glantz & Towbin LLC<br>321 N Clark Street<br>Suite 800<br>Chicago, IL 60654<br>312 666-2842<br>312 275-0567 (fax)<br>rfishman@shawfishman.com<br>*Assigned: 12/07/2011* | representing | **Wells Fargo Bank, National Association**<br>*(Creditor)* |

2

| | | |
|---|---|---|
| **Ronald E Gold**<br>Frost Brown Todd LLC<br>201 E Fifth St<br>Cincinnati, OH 45202<br>513-651-6156<br>rgold@fbtlaw.com<br>*Assigned: 07/10/2012* | representing | **ER Propco Co., LLC**<br>*(Interested Party)* |
| **Emily S. Gottlieb**<br>The Garden City Group, Inc.<br>190 S. LaSalle Street<br>Suite 1520<br>Chicago, IL 60603<br>312-499-6900<br>emily_gottlieb@gardencitygroup.com<br>*Assigned: 12/07/2011* | representing | **The Garden City Group, Inc.**<br>*(Other Prof.)* |
| **Joshua D Greene**<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Rd.<br>Suite330<br>Wheaton, IL 60187<br>630-510-0000<br>jgreene@springerbrown.com<br>*Assigned: 06/22/2012* | representing | **Joshua D Greene**<br>*(Attorney)* |
| **Allen J Guon**<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Suite 800<br>Chicago, Il 60610<br>312- 541-0151<br>(312) 980-3888 (fax)<br>aguon@shawfishman.com<br>*Assigned: 12/08/2011* | representing | **Wells Fargo Bank, National Association**<br>*(Creditor)* |
| **Robert A Guy, JR**<br>*Assigned: 07/27/2012*<br>*LEAD ATTORNEY* | representing | **ER Propco Co., LLC**<br>*(Interested Party)* |
| **James R Irving**<br>DLA Piper LLP US<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, IL 60611<br>312 368-4000<br>jim.irving@dlapiper.com<br>*Assigned: 12/06/2011* | representing | **The Sisters of St. Joseph of the Third Order of St. Francis, Inc.**<br>*(Creditor)* |

3

**Robert J. Labate**
Holland & Knight LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
312 263-3600 Ext. 65751
312 578-6666 (fax)
robert.labate@hklaw.com
*Assigned: 01/05/2012*

representing

**Senior Care Development LLC**
*(Creditor)*

**Phillip A Martin**
Fultz Maddox Hovious & Dickens PLC
101 South Fifth St., 27th Floor
Louisville, KY 40202
(502) - 5882000
pmartin@fmhd.com
*Assigned: 12/12/2011*

representing

**Pharmerica Drug Systems, LLC**
*(Creditor)*

**George R Mesires**
Ungaretti & Harris LLP
Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL 60602
312 977-4151
312 977-4405 (fax)
grmesires@uhlaw.com
*Assigned: 12/05/2011*

representing

**Clare Oaks**
801 W Bartlett Rd
Bartlett, IL 60103
*(Debtor)*

**Kathleen Noga**
McMahan & Sigunick, Ltd.
412 S. Wells St., 6th Fl.
Chicago, IL 60607
(312) - 9131174
kathleen@mcmahanlaw.com
*Assigned: 10/17/2012*

representing

**Sysco Chicago Inc.**
*(Creditor)*

**Jonathan N Rogers**
Stitt, Klein, Daday, Aretos, et al
2550 W. Golf Rd.
Suite 250
Rolling Meadows, IL 60008
847 590-8700 Ext. 110
847 590-9825 (fax)
jrogers@skdaglaw.com
*Assigned: 01/11/2013*

representing

**James F Jackson**
4020 Meadow Drive
St. Charles, IL 60175
*(Creditor)*

4

| | | |
|---|---|---|
| **Jeffrey Snell**<br>Office of the United States Trustee<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604<br>(312) - 886-0890<br>jeffrey.snell@usdoj.gov<br>*Assigned: 01/20/2012* | representing | **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604<br>312-886-5785<br>USTPRegion11.ES.ECF@usdoj.gov<br>*(U.S. Trustee)* |
| **Thomas E Springer**<br>Springer, Brown, Covey, Gaertner & Davis<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>630-510-0000<br>630-510-0004 (fax)<br>tspringer@springerbrown.com<br>*Assigned: 06/22/2012* | representing | **Thomas E. Springer**<br>d<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>*(Attorney)* |
| **Marc N Swanson**<br>Miller Canfield Paddocki & Stone, PLC<br>150 West Jefferson Avenue<br>Suite 2500<br>Detroit, MI 48226<br>*Assigned: 12/20/2012* | representing | **Illinois Finance Authority**<br>*(Interested Party)* |
| *Assigned: 01/08/2013*<br>*LEAD ATTORNEY* | representing | **Illinois Finance Authority**<br>*(Interested Party)* |
| **Jerry L Switzer**<br>Polsinelli Shughart, PC<br>161 N. Clark Ste 4200<br>Chicago, IL 60601<br>312 873-3626<br>312 873-2926 (fax)<br>jswitzer@polsinelli.com<br>*Assigned: 07/19/2012* | representing | **ER Propco Co., LLC**<br>*(Interested Party)* |

5

4841-8715-0866.1
CHI-1877759v1

**Michael Traison**
Miller, Canfield, Paddock & Stone PLC
225 W. Washington
Suite 2600
Chicago, IL 60606
312-927-9669
312-460-4201 (fax)
traison@millercanfield.com
*Assigned: 01/03/2012*

representing **Illinois Finance Authority**
*(Interested Party)*

**Adrienne K Walker**
Mintz, Levine, Cohn, Ferris Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) - 3481612
awalker@mintz.com
*Assigned: 07/22/2012*

representing **Wells Fargo Bank, National Association**
*(Creditor)*

**John R Weiss**
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603
312 499-0148
312 499-6701 (fax)
jrweiss@duanemorris.com
*Assigned: 12/05/2011*

representing **Sovereign Bank**
*(Creditor)*

*Assigned: 11/06/2012*

representing **Wells Fargo Bank, National Association**
*(Creditor)*

**Neal L Wolf**
Neal Wolf & Associates, LLC
155 N. Wacker Drive
Suite 1910
Chicago, IL 60606
312-228-4990
312-228-4988 (fax)
nwolf@nealwolflaw.com
*Assigned: 12/21/2011*

representing **The Official Committee of Unsecured Creditorsof Clare Oaks**
*(Creditor Committee)*

4841-8715-0866.1
CHI-1877759v1